STATE OF NEW JERSEY v. GREGORY GILLIAM.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KIM DUNBAR.

October 28, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. KIM DUNBAR.

October 28, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R.V.R.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JACK PORTOCK.

October 28, 1986.

Petition for certification denied.